RECEIVED
2000 AUG 24 A 11: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
AUG 3 1 2000
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § |
| Plaintiff, | § |
| vs. | § Civil Action No. 99-C-1009-N § § § |
| USA INDUSTRIES INC., Defendant. | § § § § § |

### CONSENT DECREE

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq., guarantees workers that they will be free from employment discrimination on the basis of race and prohibits retaliation against them for engaging in protected activity.

On September 9, 1999, the Equal Employment Opportunity Commission ("EEOC") filed suit in this court against USA Industries Inc. The EEOC's complaint alleged that USA Industries Inc. had retaliated against Dyana Bell by failing to recall/rehire her because of her opposition to an employment practice which she believed to violate Title VII of the Civil Rights Act of 1964.

USA Industries Inc. denied in substance that it had retaliated against Dyana Bell.

### I. GENERAL PROVISIONS

The Plaintiff and Defendant are desirous of settling this action by Consent Decree and agree to the jurisdiction of this court concerning all issues involving the violations alleged in the Complaint.

This Decree, being entered with the consent of the EEOC, and USA Industries Inc. shall not constitute an adjudication or finding on the merits of the case, and shall in no manner be construed as an admission by USA Industries Inc. of any violation of Title VII of the Civil Rights Act of 1964, as amended, or other applicable federal law.

This Decree is binding upon the EEOC and USA Industries Inc. as to the issues resolved, as well as upon their successors and assigns and persons in privity. The issues resolved by this Decree are those which were alleged in the Charge of Discrimination numbered 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 and asserted in the Complaint in the above styled lawsuit.

The Court being fully advised of the premises doth Order, Adjudge and Decree as follows:

## II. SPECIFIC PROVISIONS

A. This Court has full jurisdiction to decide this controversy as to the EEOC and USA Industries Inc.

B. USA Industries Inc. will immediately post the Notice attached hereto as Exhibit "A" in a prominent and conspicuous place, visible to all employees. USA Industries Inc. will post the notice at its Prattville, Alabama facility for a period of six months after the entry of this Decree.

C. USA Industries Inc. will pay Dyana Bell the sum of seven thousand five hundred dollars ($7,500.00) as a monetary settlement of this lawsuit and any claims arising out of EEOC Charge number 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. As a condition for receiving the monetary relief provided for herein, Dyana Bell shall sign a Release as to any and all claims arising out of the underlying Charge and this lawsuit.

D. The Defendant shall not retaliate in any manner against Dyana Bell or any person who participated in this lawsuit or in the investigation of the Charges underlying this lawsuit.

E. USA Industries Inc. will not use race as a factor when filling any position.

2

F.  USA Industries Inc. has asserted that it is its policy to provide in response to a reference request, only the dates of employment and the job that the employee held. USA Industries Inc. will respond to all requests for reference and inquiries concerning Dyana Bell by providing only the dates of employment and the jobs that Dyana Bell held. This provision survives the expiration of this Decree.

G.  The EEOC agrees that it will not bring any further action against USA Industries Inc. for any allegations which are the subject of the Charge of Discrimination No. 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 or the present complaint, except the EEOC shall not be prohibited by this provision from proceeding against USA Industries Inc. for non-compliance with any provision of this Decree.

H.  The EEOC is not seeking attorney's fees or costs against USA Industries Inc. and USA Industries Inc. will not seek attorney fees or costs against the EEOC.

If the terms and conditions of this Decree are violated or breached, the parties may petition the Court for further Orders, adjudication and relief in this matter.

SIGNED and ORDERED this __31st__ day of __August__, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

By Consent:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

C. Gregory Stewart
General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
1801 "L" Street, Northwest
Washington, D.C. 20507

_____
Jill Lolley Vincent
Regional Attorney(Acting)

_____
Mildred Byrd(LA 03741)
Supervisory Trial Attorney

_____
J. Mark Graham(LA 06216)
Senior Trial Attorney

Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 731-1172

USA INDUSTRIES INC.

_____
Richard A. Schwartz, Esq.(LA          )

4

Attorney at Law
Post Office Box 1035
Amite, LA 70422
Telephone: (504) 748-4693

EXHIBIT "A"

NOTICE

AS REQUIRED UNDER THE TITLE VII OF THE CIVIL RIGHTS ACT
OF 1964, AS AMENDED

1. Federal law requires that there be no discrimination against any employee or applicant for employment because of such person's race and that there be no retaliation against any individual who opposes or assists one in opposing race discrimination in any term or condition of employment..

2. USA Industries Inc. supports and will comply with such federal laws in all respects and will not discriminate against any employee because of the person's race.

3. USA Industries Inc. affirms that it is unlawful for an employer to discriminate against an employee by race in job assignment or in any other terms and conditions of employment. It further affirms that it is unlawful for an employer to in any manner retaliate against any individual who opposes or assists one in opposing race discrimination in any term or condition of employment.